IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERTA JOHANSON & JOEY SANDOVAL
*as parents and next friend of E.S.,*

      **Plaintiffs,**

v.                                            CIV 14-0186 KG/KK

SANTA FE PUBLIC SCHOOL DISTRICT, *et al*,

      **Defendants.**

## ORDER OF REFERENCE

      Pursuant to the provisions of 28 U.S.C. §636(b)(1)(B), (b)(3), and *Virginia Beach Federal Savings & Loan Association v. Wood*, 901 F.2d 849 (10th Cir. 1990), this civil action is referred to U.S. Magistrate Judge Kirtan Khalsa to conduct a fairness hearing.

      The Magistrate Judge shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. §636(b)(1)(C). Objections shall be filed within fourteen (14) days of entry of the proposed disposition.

                                                                                                      UNITED STATES DISTRICT JUDGE