IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERTA JOHANSON and JOEY SANDOVAL,
as parents and next friends of E.S.,

    Plaintiff,

v.                                                            No. 1:14-cv-186 KG/ KK

THE SANTA FE PUBLIC SCHOOL DISTRICT,
THE SANTA FE PUBLIC SCHOOL BOARD OF
EDUCATION, and NINA MASTRANGELO,

    Defendants.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court on Nina Mastrangelo's Stipulated Motion to Dismiss Defendant Nina Mastrangelo, the Court having reviewed the submissions of parties and being otherwise fully advised, FINDS that the Motion is well taken and is hereby granted.

IT IS THEREFORE ORDERED THAT Plaintiffs' Complaint against Nina Mastrangelo is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. Rules 23(e) and 41.  The parties shall bear their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

*BROWN LAW FIRM*
*BROWN & GURULÉ*

*/s/ Desiree D. Gurulé 04/24/15*
DESIREE D. GURULÉ
Attorney for Defendant Mastrangelo
3777 The American Rd. NW
Suite 100
Albuquerque, NM 87114
(505) 292-9677
desiree@brownlawnm.com


Approved:

*/s/electronically 04/20/15*
Gerald A. Coppler
Thomas R. Logan
Coppler Law Firm PC
645 Don Gaspar Ave
Santa Fe, NM 87505
(505) 988-5656
(505) 988-5704 (facsimile)
gcoppler@coppler.com
tomlogan@coppler.com


*/s/ electronically 04/20/15*
EGOLF, FERLIC & DAY
John Day
Kate Ferlic
Jamison Barkley
128 Grant Ave., Suite 301
Santa Fe, NM 87501
(505) 986-9641
(505) 214-2005 (facsimile)
jday@egolflaw.com
kate@egolflaw.com
Jamison@egolflaw.com