IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERTA JOHANSON and
JOEY SANDOVAL, as Parents and
Next Friends of E.S.,

      Plaintiffs,

      vs.                                            Civ. No. 14-186  KG/KK

THE SANTA FE PUBLIC SCHOOL
DISTRICT and THE SANTA FE PUBLIC
SCHOOL BOARD OF EDUCATION,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge Kirtan Khalsa (Doc. 91), filed May 7, 2015, regarding the Joint Petition for Approval of Minor Settlement (Doc. 85), filed March 31, 2015. The Magistrate Judge found that the parties' proposed settlement of the minor Plaintiff's claims is fair and reasonable, and recommended that the settlement be approved.  On May 15, 2015, the parties filed a Notice of Parties' Stipulation to Proposed Findings & Recommended Disposition (Doc. 92), in which they waived any objections to the Proposed Findings and Recommended Disposition.

      I concur with the Magistrate Judge's findings and recommendations.  I therefore: (1) adopt the Guardian *ad Litem*'s Reports (Docs. 87 and 90); (2) find that the proposed settlement involving the minor is fair and reasonable; (3) grant the parties' Joint Petition for Approval of Minor Settlement (Doc. 85); (4) approve investing the minor's settlement proceeds in a Certificate of Deposit for the benefit of E.S., to be held and managed by Egolf, Ferlic &

Day, LLC, until E.S. reaches 18 years of age; and (5) release the Guardian *ad Litem* from her duties in this case. The parties are to submit dismissal documents to the Court within fourteen (14) days of entry of this Order.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE