IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ROBERTA JOHANSON and JOEY SANDOVAL**,
as parents and next friends of E.S.,

    **Plaintiffs**,

  v.                                    Case No. 1:14-cv-00186 KG/KK

**THE SANTA FE PUBLIC SCHOOL DISTRICT,
THE SANTA FE PUBLIC SCHOOL BOARD OF
EDUCATION and NINA MASTRANGELO,**

    **Defendants.**

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the *Joint Motion to Dismiss with Prejudice* [Doc. 94] and the Court, having reviewed said motion and being otherwise fully advised, FINDS that the Motion is well taken and is HEREBY GRANTED.

IT IS THEREFORE ORDERED THAT all claims brought, or which could have been brought, herein against Defendants Santa Fe Public Schools Board of Education and the Santa Fe Public School District are hereby dismissed with prejudice and Plaintiffs' Complaint [Doc. 1-1] is hereby dismissed with prejudice as to the Defendant Santa Fe Public Schools Board of Education and the Santa Fe Public School District.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE